In the Matter of CEDARHURST GARDENS, INC., Appellant, against ERNEST E. ELDERD et al., Constituting the Board of Trustees and Board of Assessors of the Village of Cedarhurst, Respondents. In the Matter of HEWLETT MANOR CORPORATION, Appellant, against ERNEST E. ELDERD et al., Constituting the Board of Trustees and Board of Assessors of the Village of Cedarhurst, Respondents.

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

In the Matter of the Guardianship of PEGGY R. FERGUSON, an Infant. WASHINGTON IRVING TRUST COMPANY, Appellant; JOHN H. PAYNE, SR., as General Guardian, et al., Respondents.— No opinion.

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of the Probate of the Will of EVELYN C. HOWARD, Deceased. FRANCIS CUTOLO, as Executor Named in the Will, et al., Appellants; AMY F. D. STURGES, Respondent.—

Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.